# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
www.nyfclaw.com

April 28, 2021

*Via ECF*
Judge Brian M. Cogan
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: SD-1 LLC v. 469 BK LLC., et al., Civil Action No. 20-cv-96-BMC

Dear Judge Cogan,

  We are counsel to SD-1 LLC ("Plaintiff") in the above-entitled case. Please accept this letter in response to Your Honor's Order entered on April 23, 2021, which directs Plaintiff to further substantiate its claim of subject matter jurisdiction regarding Defendant 469 BK LLC's citizenship.

  469 BK LLC is a single-member limited liability company. Its sole member is Joseph Kraus, who is a citizen of the State of New York for diversity purposes. Annexed hereto is a Stipulation Consenting to a Final Judgment of Foreclosure and Sale, executed by Joseph Kraus as the sole member of Defendant 469 BK LLC and further attesting to the fact that he is the only member of 469 BK LLC and a citizen of the State of New York. We apologize for the delay in submitting this documentation.

  Should the Court require additional information, kindly advise. We thank the Court for its review of our submission and request that the Court look favorably thereon.

            Respectfully,

            /s/ Alan H. Weinreb
            Alan H. Weinreb, Esq.

Enclosure